IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **MARK RICHARDSON,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. **06-777-DRH** |
| | ) |
| **LIFE INSURANCE COMPANY of** | ) |
| **NORTH AMERICA, and** | ) |
| **BP WELFARE PLAN TRUST III,** | ) |
| | ) |
| Defendants. | ) |

## ORDER

**PROUD, Magistrate Judge:**

I hereby **RECUSE** myself from all participation in the above-captioned case.

The Clerk of Court is hereby directed to immediately reassign this case to a different U.S. Magistrate Judge.

**IT IS SO ORDERED.**

**DATED: December 20, 2006.**

s/ Clifford J. Proud
**CLIFFORD J. PROUD**
**U. S. MAGISTRATE JUDGE**


**Case assigned to Judge Philip M. Frazier for full pretrial no dispostive motions.**