**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| MARK RICHARDSON, )<br>    Plaintiff, )<br>VS. )<br>LIFE INSURANCE COMPANY OF )<br>NORTH AMERICA, a Cigna Company; )<br>and BP WELFARE PLAN TRUST, III; )<br>    Defendants. ) | NO. CV 06-777-DRH |

## JUDGMENT IN A CIVIL CASE

**HERNDON, District Judge:**

The Court having received a Stipulation for Dismissal signed by all counsel of record advising this Court that the above action has been settled; and/or having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

**DATED: March 29, 2007.**

                                                **NORBERT G. JAWORSKI, CLERK**

                                                s/Patricia A. Brown
                                                By: Patricia A. Brown, Deputy Clerk

**APPROVED:** /s/   David   R Herndon
                    **DISTRICT JUDGE**